**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JESSICA ELLVINGER,

    Plaintiff,

vs.                                                No. 1:19-CV-00385-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## **JUDGMENT**

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE**